**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 8, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00803-CV

_____

**KATZ BOUTIQUE 1, KATZ BOUTIQUE 2, KATZ BOUTIQUE 3, KATZ BOUTIQUE 5, KATZ BOUTIQUE 6 AND KATZ BOUTIQUE 7, Appellants**

V.

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-33890**

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order signed September 2, 2015. On November 24, 2015, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.